# CLINTON BROOK & PEED

**BRIAN C. BROOK**
brian@clintonbrook.com

ATTORNEYS AT LAW

535 Fifth Avenue
43rd Floor
New York, NY 10022
Tel: (212) 328-9559
Fax: (212) 328-9560



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/15

## MEMO ENDORSED

March 16, 2015

*VIA CM/ECF AND HAND DELIVERY*

The Hon. Deborah A. Batts
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 2510
New York, NY 10007

RE:   **United States v. Anthony Cuti, 08-CR-972**

Dear Judge Batts,

I write on behalf of Defendant Anthony Cuti to respectfully request a modification to the briefing schedule set by the Court with respect to supplemental briefing on the issue of restitution. No previous requests for adjournment or extension have been made. I have conferred with Assistant U.S. Attorney Parvin Moyne, counsel for the Government, and Daniel Beller, counsel for Duane Reade and Oak Hill, and they consent to this request.

The current schedule provides that initial briefing for the Government and Duane Reade/Oak Hill is due on April 24, 2015; responsive briefing for Mr. Cuti is due on June 5, 2015; and any replies are due on June 25, 2015. We request that each of these dates be pushed back one week, which will help avoid a conflict with my travel schedule, while also affording the new Assistant U.S. Attorney additional time to familiarize herself with the case. Under this proposed revised schedule, initial briefing would be due May 1, 2015; responsive briefing would be due June 12, 2015; and any replies would be due on July 3, 2015.

GRANTED.
/s/ DAB.

Respectfully submitted,

Brian C. Brook

SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc:   Parvin Moyne (*via email*)
      Daniel Beller (*via email*)
      Reid Weingarten (*via email*)
      Bruce Bishop (*via email*)